|   |   |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | DOUGLAS BEEVERS, #288639 |
|   | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
|   | Sacramento, CA 95814 |
| 4 | Tel: (916) 498-5700 |
|   | Fax: (916) 498-5710 |
| 5 | Douglas_Beevers@fd.org |
| 6 | Attorney for Defendant |
|   | JAMEL STINSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-cr-00114-WBS |
|---|---|
| Plaintiff, | ) ORDER TO FILE EXHIBITS A, B AND C TO |
| vs. | ) MOTION TO SUPPRESS UNDER SEAL |
| JAMEL STINSON | ) |
| Defendant. | ) |

**IS HEREBY ORDERED** that the Request to Seal Exhibits A, B and C in Mr. Stinson's motion be granted so that the private medical information and personal information is not available on the public docket. The Exhibits are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: March 22, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Order to Seal Documents* -1-