PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:20-CR-00114-WBS |
| Plaintiff, | STIPULATION AND ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |
| v. | |
| JAMEL DUPPRE STINSON, | Date: May 10, 2021<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |
| Defendant. | |

The United States of America, by and through its counsel, Assistant United States Attorney Adrian T. Kinsella, and defendant, Jamel Duppre Stinson, by and through his counsel, Assistant Federal Defender Douglas Beevers, jointly request that the Court set a briefing schedule for the defendant's Motion to Suppress Evidence, at set forth below.  In support of this request, the parties stipulate to the following:

1.  This case is currently scheduled for a status conference on May 10, 2021, at 9:00 a.m.

2.  On March 19, 2021, the defense filed a motion to suppress, and requested that the hearing be held on May 10, 2021.  ECF No. 14.

The parties have since convened and discussed mutually agreeable briefing dates.  To that end, the parties propose the following briefing schedule:

1.  Response: The United States will file its response to the defendant's Motion, and any

1    supplemental briefing in support thereof, by April 26, 2021.

2        2.   Reply: The defendant will file his reply to the government's response by May 3, 2021.

3    It is so stipulated.

4    Dated:  March 24, 2021                          PHILLIP A. TALBERT
                                                      Acting United States Attorney
5

6                                          By:   /s/ Adrian T. Kinsella
                                                 ADRIAN T. KINSELLA
7                                                Assistant United States Attorney

8

9    Dated:  March 24, 2021                          HEATHER WILLIAMS
                                                      Federal Defender
10

11                                         By:   /s/ Douglas Beevers
                                                 DOUGLAS BEEVERS
12                                               Assistant Federal Defender

13

14                              **FINDINGS AND ORDER**

15           The Court, having read the parties' stipulation in support of their request to set a new briefing

16   schedule, and finding good cause therefore, ORDERS as follows:

17       1.   The Government will file its response to the defendant's Motion to Suppress Evidence, and

18           all attendant supplemental briefing, by April 26, 2021.

19       2.   The defendant will file his reply, if any, to the government's response by May 3, 2021.

20

21           IT IS SO FOUND AND ORDERED.

22   Dated:  March 24, 2021

23                                               WILLIAM B. SHUBB
24                                               UNITED STATES DISTRICT JUDGE

25

26

27

28

STIPULATION AND ORDER TO SET BRIEFING
SCHEDULE