PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-0114-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JAMEL DUPRE STINSON, | DATE: June 14, 2021 TIME: 10:00 a.m. COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference and motion hearing on May 10, 2021.

2. On May 10, 2021, the Court heard the parties' argument on the defendant's pending motion, ordered further briefing, and set a continued motion hearing for June 14, 2021.

3. Time had previously been excluded until May 10, 2021.

4. By this stipulation, defendant now to exclude time between May 10, 2021, and June 14, 2021, under Local Codes T4 & E.

5. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case

includes a forensic cellular phone extraction, over 200 pages of investigative reports, related documents, photographs, audio recordings, and criminal history documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additional discovery consisting of search warrants and laboratory test results were recently provided.

b) Counsel for defendant desires additional time with his client, review the current and forthcoming discovery, conduct investigation related to the charges, discuss potential resolutions with his client, continue preparation for the pending motion, and to otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 10, 2021 to June 14, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

g) In addition, an exclusion of time is also appropriate on the basis of the pending motion to suppress filed at ECF NO. 14, on the basis of 18 U.S.C. §3161(h)(1)(D) [Local Code E].

//

//

6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  May 10, 2021                            PHILLIP A. TALBERT
                                                Acting United States Attorney


                                                /s/ ADRIAN T. KINSELLA
                                                ADRIAN T. KINSELLA
                                                Assistant United States Attorney


Dated:  May 11, 2021                            /s/ DOUGLAS BEEVERS
                                                DOUGLAS BEEVERS
                                                Counsel for Defendant
                                                JAMEL DUPRE STINSON
                                                As authorized on May 11, 2021




## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  May 12, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE