# United States District Court
# Eastern District of California
Before the Honorable **WILLIAM B. SHUBB, JUDGE**

## CRIMINAL MINUTES - EVIDENTIARY HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | Time in Court: __4:40__ |
| **Plaintiff** | CASE #: 2:20CR00114 |
| v. | DATE: August 10, 2021 |
| **JAMEL DUPPRE STINSON**, | Courtroom Deputy: Karen Kirksey Smith |
| **Defendant.** | Court Reporter: Kimberly Bennett |

**Appearance(s) for Government:**

Adrian Kinsella

**Appearance(s) for Defendant(s):**

1. **Jamel Duppre Stinson** (Present/In Custody)
   Counsel: Douglas Beevers, AFD

**Proceedings:** Evidentiary Hearing Re Defendant's Motion to Suppress (Docket No. 14)  **(DAY 1)**

| | |
|---|---|
| 10:00 a.m. | Hearing commences. Witness **Christopher Bailey** called and sworn to testify by Government. [Exhibits Identified and/or Admitted: Govt's A (sealed), 1, 2, 3, 4, 4a, 4b, 5, 5a, 5b, 6a, 6b, 8a, 8b, 8.] |
| 10:50 a.m. | Court recessed. |
| | Hearing resumes. Witness resumes on direct. [Exhibits Identified and/or Admitted: 8, 2, 6b, 7, 7a, 7b.] |
| 11:30 a.m. | Witness on cross-examination by Defendant. |
| 11:56 a.m. | Court recessed. |
| 1:23 p.m. | Hearing resumes. Witness on re-direct by Government. |
| 1:25 p.m. | Witness questioned by the Court. |
| 1:41 p.m. | Witness on re-cross by Defendant. Witness excused. |
| 1:42 p.m. | Witness **Melvin Buford** called and sworn to testify by Defendant.  [Exhibits Identified and/or Admitted: Deft's A.]  Witness excused. |
| 1:49 p.m. | Counsel argue admission of Defendant's Exhibit A as it pertains to witness Daniel O'Kelly, and his availability to testify today. |
| 2:05 p.m. | Court recessed. |
| 2:20 p.m. | Hearing resumes. Court confers with counsel re having witness Daniel O'Kelly appearing via Zoom. Witness is now present. |
| 2:22 p.m. | Witness **Daniel Gregory O'Kelly** called and sworn to testify by Defendant **(via Zoom)**. [Exhibits Identified and/or Admitted: Deft's B, A.] |

| Time | Event |
|---|---|
| 2:38 p.m. | Witness on cross-examination by Government.  [Exhibits Identified and/or Admitted: Govt's A sealed).] |
| 2:45 p.m. | Court recessed. |
| 3:00 p.m. | Hearing resumes.  Witness resumes on cross-examination. [Exhibits Identified and/or Admitted: Govt's A (sealed). |
| 3:39 p.m. | Witness questioned by the Court. |
| 3:57 p.m. | Witness on re-direct by Defendant. |
| 3:59 p.m. | Witness on re-cross by Government. Witness excused. |
| 4:05 p.m. | Defendant moves Exh. C into evidence.  (Admitted on a limited bases as noted on the record (2016 - 2020). |
| 4:07 p.m. | Defendant makes closing arguments. |
| 4:21 p.m. | Government makes closing arguments. |
| 4:33 p.m. | Court states **FINDINGS** on the record and **DENIES** Defendant's Motion to Suppress (Docket No. 14). |
| 4:50 p.m. | Court Adjourned.  A Status Conference is set for **August 23, 2021 at 9:00 a.m** for further proceedings. |

Other:   Counsel and courtroom deputy review admitted exhibits to go to the court for determination of Findings.  Counsel agree to the return of exhibits and sign the Receipt for Exhibits form (filed today).   (Filed Exhibit Lists, Witness lists.)