HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
JAMEL DUPPRE STINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00114-WBS |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JAMEL DUPPRE STINSON | |
| | Date: April 18, 2022 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Adrian Kinsella, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Jamel Duppre Stinson, that the status conference scheduled for April 18, 2022, at 9:00 a.m., be vacated and the matter continued to May 16, 2022, at 9:00 a.m.

The reason for the continuance is that defense request additional time to interview witnesses and meet with the defendant to make a final decision on whether to have a trial.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be from the date the parties stipulated through and including May 16, 2022; pursuant to 18 U.S.C. §3161 (h)(1)(D)[pretrial motions], (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 12, 2022

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for JAMEL DUPPREE STINSON

DATED: April 12, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Adrian Kinsella*
ADRIAN KINSELLA
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and to exclude time under the Speedy Trial Act outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the April 18, 2022 status conference shall be continued until May 16, 2022, at 9:00 a.m.

Dated:  April 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE