PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMEL DUPRE STINSON,<br><br>Defendant. | CASE NO. 2:20-CR-0114-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 9, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 9, 2023.

2. By this stipulation, defendant now moves to continue the status conference until February 13, 2023 at 9:00 AM, and to exclude time between January 9, 2023, and February 13, 2023 at 9:00 AM, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes a forensic cellular phone extraction, over 200 pages of investigative reports, related documents, photographs, audio recordings, criminal history documents, search warrants, and laboratory reports. All of this discovery has been either produced directly to counsel and/or made

available for inspection and copying. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant desires additional time to continue to consult with his client, review the discovery, conduct investigation related the charges and the defendant's potential status as a career offender, discuss potential resolutions with his client, to interview witnesses regarding possible defenses, and to otherwise prepare for trial. Additionally, counsel for defendant is currently in trial on a separate case.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2023 to February 13, 2023 at 9:00 AM, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 4, 2023     PHILLIP A. TALBERT
                           United States Attorney

                           /s/ ADRIAN T. KINSELLA
                           ADRIAN T. KINSELLA
                           Assistant United States Attorney

Dated: January 4, 2023     /s/ DOUGLAS BEEVERS
                           DOUGLAS BEEVERS
                           Assistant Federal Defender
                           Counsel for Defendant
                           JAMEL DUPRE STINSON

## ORDER

IT IS SO FOUND AND ORDERED

Dated: January 4, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE