PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-0114-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JAMEL DUPRE STINSON, | DATE: July 31, 2023 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 31, 2023.

2. By this stipulation, defendant now moves to continue the status conference until September 11, 2023 at 9:00 a.m., and to exclude time between July 31, 2023, and September 11, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes a forensic cellular phone extraction, over 200 pages of investigative reports, related documents, photographs, audio recordings, criminal history documents, search warrants, and laboratory reports. All of this discovery has been either produced directly to counsel and/or made

available for inspection and copying. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  Additionally, the government recently obtained and produced several batches of criminal history documents from CDCR. These criminal history documents are relevant to the question of Stinson's potential status as a career offender.

       b)      Counsel for defendant desires additional time to continue to review this additional discovery, consult with his client, to conduct investigation related to the 18 U.S.C. § 924 charge, the defendant's criminal history, and the defendant's potential status as a career offender, to discuss potential resolutions with his client; to interview witnesses regarding possible defenses, and to otherwise prepare for trial.

       c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)      The government does not object to the continuance.

       e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 31, 2023 to September 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 26, 2023                                PHILLIP A. TALBERT
                                                     United States Attorney

                                                      /s/ ADRIAN T. KINSELLA
                                                     ADRIAN T. KINSELLA
                                                     Assistant United States Attorney


Dated:  July 26, 2023                                 /s/ DOUGLAS BEEVERS
                                                     DOUGLAS BEEVERS
                                                     Assistant Federal Defender
                                                     Counsel for Defendant
                                                     JAMEL DUPRE STINSON


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  July 27, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE