HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
Fax: 916.498.5700
douglas_beevers@fd.org

Attorney for Defendant
JAMEL STINSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMEL DUPPRE STINSON<br><br>Defendant. | Case No. 2:20-cr-00114-WBS<br><br>STIPULATION AND ORDER FOR TEMPORARY RELEASE<br><br>Judge: Hon. William B. Shubb |
|---|---|

      The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Adrian Kinsella and Defendant Jamel Stinson by and through his attorney Douglas Beevers, request that the Court issue an order granting Mr. Stinson a temporary release from the Sacramento County Jail on Friday, December 8, 2023, from 8:00 a.m. to 6:00 p.m., to attend funeral services for his grandfather, Clifton Norman.  The period of the temporary release is required to allow roundtrip travel from Sacramento to Stockton.

      Clifton Norman was Jamel Stinson's grandfather and he directly raised Jamel Stinson from age 6 to 8 while Mr. Stinson's mother was unable to care for her children.  Jamel Stinson's father was not in the picture at the time, so Clifton Norman was the primary caretaker during many years.  After age 8, Mr. Norman continued to be a back-up parent while Mr. Norman's daughter was unable to care for her children due to addiction.  After Mr. Stinson's mother re married and put her life together Mr. Norman continued to be a positive influence in Mr. Stinson's life and during the past few years Mr. Stinson moved back to Stockton so he could

ORDER FOR TEMPORARY RELEASE

help take care of his grandfather. Mr. Norman was elderly, but his death was unexpected. The funeral service will be at 11:00 a.m. at Cunningham Funeral Home at 425 E. Harding, Stockton, CA, and burial at Cherokee Cemetery in Lodi CA.

Jamel Stinson has pled guilty to violations of possession for sale of cocaine base, heroin, methamphetamine, MDMA, and cocaine powder, in violation of 21 U.S.C. § 841, felon in possession of a firearm in violation of 18 U.S.C. § 922(g) and 18 U.S.C. § 924(c) for possessing the firearm in furtherance of the drug trafficking offenses. Mr. Stinson pled guilty and is set for sentencing, before Senior United States District Judge William B. Shubb on April 22, 2024.

Mr. Stinson offenses were committed on April 21, 2020, when the drugs were found during the execution of a search warrant. He was arrested on February 3, 2021. He has remained in custody for nearly three years. During those three years he earned status as a trustee and he now works off-site at the Sacramento County Courthouse cleaning 25 hours per week.

The parties stipulate and agree that Jamel Stinson be temporarily released from the Sacramento County Jail to the custody of Federal Defender Investigator, Vincent Lee. Mr. Stinson's activity will be limited to traveling with Investigator Lee from the Sacramento County Jail to the funeral service and burial. Investigator Lee will escort Mr. Stinson to the funeral ceremony/burial and remain with him until his return to the Sacramento County Jail. The funeral ceremony for Clifton Norman at Cunningham Funeral Home at 425 E. Harding, Stockton, CA, and burial at Cherokee Cemetery in Lodi CA. Any incidental stops shall be approved by the Assistant U.S. Attorney.

//

//

//

ORDER FOR TEMPORARY RELEASE

Assistant U.S. Attorney Adrian Kinsella has reviewed this proposed order and authorized Douglas Beevers via email to sign it on his behalf.

DATED:  December 6, 2023

By     */s/ Douglas Beevers for*
   Adrian Kinsella
   Assistant United States Attorney

DATED:  December 6, 2023

By     */s/ Douglas Beevers*
   DOUGLAS BEEVERS
   Attorney for Defendant

ORDER FOR TEMPORARY RELEASE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, and good cause appearing to exist, the Court orders the following:

1. Jamel Stinson (ID Number 5345887) shall be released from the Sacramento County Jail on a "Temporary Out" on December 8, 2023, at 8:00 a.m., to the temporary custody of Federal Defender Investigator Vincent Lee who has agreed to function as third-party custodian.

2. Upon temporary release, Jamel Stinson shall remain with the third-party custodian while traveling from the Sacramento County Jail to the funeral ceremony for Clifton Norman at Cunningham Funeral Home at 425 E. Harding, Stockton, CA, and burial at Cherokee Cemetery in Lodi CA. Investigator Lee shall remain with Jamel Stinson during the funeral service and burial for Clifton Norman.

3. Investigator Lee shall return Jamel Stinson to the Sacramento County Jail by 6:00 p.m. the same day, Friday, December 8, 2023.

IT IS SO ORDERED.

DATED: December 7, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER FOR TEMPORARY RELEASE