UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 7, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMEL DUPPRE STINSON<br><br>Defendant. | Case No. 2:20-cr-00114-WBS<br><br>**ORDER FOR TEMPORARY RELEASE OF<br>PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JAMEL DUPPRE STINSON Case No. 2:20-cr-00114-WBS Charges 21 USC § 841(a)(1) from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ _____ |
| ___ | Unsecured Appearance Bond $ _____ |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | (Other): **Defendant will be temporarily released Friday, 12/8/2023 from 8:00 AM to 6:00 PM to the custody of Investigator Vincent Lee. Investigator Lee will escort Mr. Stinson to the funeral/burial of Clifton Norman and remain with defendant until his return to Sacramento County Jail.** |

Issued at Sacramento, California on December 7, 2023 at 12:30 PM

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE